# United States Court of Appeals
## For the First Circuit

---

No. 19-2179

ANTONIO MEDINA PUERTA,

Petitioner - Appellant,

v.

UNITED STATES,

Respondent - Appellee.

---

Before

Lynch, Selya and Kayatta,
<u>Circuit Judges</u>.

---

**JUDGMENT**

Entered: December 9, 2020

     Petitioner-Appellant Antonio Medina Puerta appeals from the district court's denial of his petition for a writ of coram nobis, through which Petitioner-Appellant sought vacatur of his 1993 conviction for bank fraud under 18 U.S.C. § 1344. After plenary review, we conclude that the denial of coram nobis relief was appropriate for substantially the same reasons set forth by the district court. <u>See</u> <u>United States</u> v. <u>George</u>, 676 F.3d 249, 256 (1st Cir. 2012) (standard of review and tripartite test for coram nobis relief). The judgment of the district court is **AFFIRMED**.

                                               By the Court:

                                               Maria R. Hamilton, Clerk

cc:
Antonio Medina Puerta
Lori J. Holik
Donald Campbell Lockhart
Evan J. Gotlob